**07 CIV 8663**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THOMAS H. LEE EQUITY FUND V, L.P.,  :
THOMAS H. LEE PARALLEL FUND V, L.P. and :
THOMAS H. LEE EQUITY (Cayman) FUND V, : Case No.
L.P.                                :
                                    :
          Plaintiffs,               : **RULE 7.1 DISCLOSURE**
     v.                             : **STATEMENT OF DEFENDANT**
                                    : **GRANT THORNTON LLP**
GRANT THORNTON LLP                  :
                                    :
          Defendant.                :
                                    :
                                    :
------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Grant Thornton LLP certifies that Grant Thornton LLP is an Illinois limited liability partnership which does not have a parent company, and further certifies that there is no authorized or outstanding stock in Grant Thornton LLP.

Dated: New York, New York
       October 5, 2007

Respectfully submitted,
WINSTON & STRAWN LLP

_/s/ Ruth Braun_
David E. Mollón (DM-5624)
Ruth A. Braun (RB-2410)
200 Park Avenue
New York, NY 10166
(212) 294-6700

Bruce R. Braun
Bradley E. Lerman
Linda T. Coberly

WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

*Attorneys for Defendant Grant Thornton LLP*