UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re REFCO, INC. SECURITIES LITIGATION   :   05 Civ. 8626 (GEL)
:
------------------------------------------------------------x
:
AMERICAN FINANCIAL INTERNATIONAL   :   **ORDER**
GROUP–ASIA, L.L.C. et al.,   :
:
                Plaintiffs,   :
:   05 Civ. 8988 (GEL)
   -against-   :
:
PHILLIP R. BENNETT et al.,   :
:
                Defendants.   :
:
------------------------------------------------------------x
:
CHRISTOPHER CARMONA, derivatively on   :
behalf of THE GOLDMAN SACHS GROUP,   :
INC.,   :
:
                Plaintiff,   :
:   05 Civ. 9327 (GEL)
   -against-   :
:
HENRY M. PAULSON et al.,   :
:
                Defendants,   :
   -and-   :
:
THE GOLDMAN SACHS GROUP, INC.,   :
a Delaware corporation,   :
:
                Nominal Defendant.   :
:
------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P. et al.,   :
:
                Plaintiffs,   :
:   05 Civ. 9608 (GEL)
   - against-   :

| | |
|---|---|
| PHILLIP R. BENNETT et al., : | |
| Defendants. : | |
| ------------------------------------------------------------x : | |
| In re REFCO CAPITAL MARKETS, LTD. : <br> BROKERAGE CUSTOMER SECURITIES : <br> LITIGATION : | 06 Civ. 643 (GEL) |
| ------------------------------------------------------------x : | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., : | |
| Plaintiffs, : | |
| - against- : | 07 Civ. 6767 (GEL) |
| MAYER, BROWN, ROWE & MAW LLP, : | |
| Defendant. : | |
| ------------------------------------------------------------x : | |
| MARC S. KIRSCHNER, as Trustee of the : <br> Refco Litigation Trust, : | |
| Plaintiff, : | |
| - against- : | 07 Civ. 7074 (GEL) |
| THOMAS H. LEE PARTNERS, L.P. et al., : | |
| Defendants. : | |
| ------------------------------------------------------------x : | |
| AXIS REINSURANCE COMPANY, : | |
| Plaintiff, : | |
| : | 07 Civ. 7924 (GEL) |
| - against- : | |
| PHILLIP R. BENNETT et al., : | |

2

|  |  |
|---|---|
| Defendants. : | |
| ----------------------------------------------------------x : | |
| MARC S. KIRSCHNER, as Trustee of the : <br> Refco Private Actions Trust, : <br> Plaintiff, : <br> - against- : <br> PHILLIP R. BENNETT et al., : <br> Defendants. : | 07 Civ. 8165 (GEL) |
| ----------------------------------------------------------x : | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., : <br> Plaintiffs, : <br> - against- : <br> GRANT THORNTON LLP, : <br> Defendant. : | 07 Civ. 8663 (GEL) |
| ----------------------------------------------------------x : | |
| VR GLOBAL PARTNERS, L.P. et al., : <br> Plaintiffs, : <br> - against- : <br> PHILLIP R. BENNETT et al., : <br> Defendants. : | 07 Civ. 8686 (GEL) |
| ----------------------------------------------------------x : | |
| CAPITAL MANAGEMENT SELECT FUND : <br> LTD. et al., : <br> Plaintiffs, : | |

3

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |

---

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | |
| Plaintiff, | 07 Civ. 9238 (GEL) |
| - against- | |
| THOMAS HACKL et al., | |
| Defendants. | |

GERARD E. LYNCH, District Judge:

    The above-captioned cases constitute all of the Refco-related cases currently pending on this Court's docket. In the interest of determining a fair and efficient manner to coordinate discovery and briefing schedules in these related cases, it is hereby ORDERED that counsel for all parties in the above-captioned cases shall appear for a status conference before this Court at 3:30 p.m. on November 30, 2007.

SO ORDERED.

Dated: New York, New York
       October 24, 2007

                                       GERARD E. LYNCH
                                       United States District Judge