UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

THOMAS H. LEE EQUITY FUND V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P.,
and THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P.

                Plaintiffs,

        v.

GRANT THORNTON LLP,

                Defendant.

------------------------------------------------------------ x

ELECTRONICALLY FILED

07 Civ. 8663 (GEL)
Hon. Gerald E. Lynch

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law In Support of Grant Thornton LLP's Motion to Dismiss the Complaint, upon the accompanying Declaration of Ruth A. Braun dated November 5, 2007, and upon all prior pleadings and proceedings herein, the undersigned will move this Court before the Honorable Gerard E. Lynch, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 6B, New York, New York 10007, at a date and time to be set by the Court, for an order dismissing the Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  November 5, 2007                    Respectfully submitted,
       New York, New York

                                                   WINSTON & STRAWN LLP

                                                         /s/

*Of Counsel:*                                   By:  David E. Mollón

Margaret Maxwell Zagel                          David E. Mollón
Kenneth Cunningham                              WINSTON & STRAWN LLP
GRANT THORNTON LLP                              200 Park Avenue
175 West Jackson, 20th Floor                    Ph: 212-294-6700
Chicago, Illinois 60604                         Fax: 212-294-4700
Ph: 312-856-0001
Fax: 312-565-3473                               Bradley E. Lerman
                                                      Catherine W. Joyce
                                                      Linda T. Coberly
                                                      WINSTON & STRAWN LLP
                                                      35 W. Wacker Drive
                                                      Chicago, Illinois 60601
                                                      Ph: 312-558-5600
                                                      Fax: 312-558-5700

                                                      *Attorneys for Grant Thornton LLP*