UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x   ELECTRONICALLY FILED
THOMAS H. LEE EQUITY FUND V, L.P.,                          :
THOMAS H. LEE PARALLEL FUND V, L.P.,                        :   07 Civ. 8663 (GEL)
and THOMAS H. LEE EQUITY (CAYMAN)                           :   Hon. Gerald E. Lynch
FUND V, L.P.                                                :
                                                            :   **CERTIFICATE OF SERVICE**
                    Plaintiffs,                             :
                                                            :
            vs.                                             :
                                                            :
GRANT THORNTON LLP,                                         :
                                                            :
                    Defendant.                              :
------------------------------------------------------------ x

    I, Ruth A. Braun, hereby certify that Grant Thornton LLP's **Notice of Motion To Dismiss the Complaint, Memorandum of Law in Support of its Motion to Dismiss and accompanying Declaration of Ruth A. Braun** was served by first-class U.S. Mail on the following counsel of record:

>   Greg A. Danilow
>   WEIL, GOTSHAL & MANGES, LLP
>   767 Fifth Avenue
>   New York, NY 10153
>
>   Mark C. Hansen
>   KELLOGG, HUBER, HANSEN, TODD,
>   EVANS & FIGEL, P.L.L.C.
>   1615 M Street, N.W., Suite 400
>   Washington, D.C. 20036

Dated: November 5, 2006
      New York, New York

                                           _/s/ Ruth Braun_
                                           Ruth A. Braun
                                           WINSTON & STRAWN LLP
                                           200 Park Avenue
                                           New York, New York 10166
                                           rbraun@winston.com