```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re REFCO, INC. SECURITIES LITIGATION                     :    05 Civ. 8626 (GEL)
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
AMERICAN FINANCIAL INTERNATIONAL                            :            **ORDER**
GROUP–ASIA, L.L.C. et al.,                                  :
                                                            :
                       Plaintiffs,                          :
                                                            :    05 Civ. 8988 (GEL)
        -against-                                           :
                                                            :
PHILLIP R. BENNETT et al.,                                  :
                                                            :
                       Defendants.                          :
                                                            :
------------------------------------------------------------x
                                                            :
CHRISTOPHER CARMONA, derivatively on                        :
behalf of THE GOLDMAN SACHS GROUP,                          :
INC.,                                                       :
                                                            :
                       Plaintiff,                           :
                                                            :    05 Civ. 9327 (GEL)
        -against-                                           :
                                                            :
HENRY M. PAULSON et al.,                                    :
                                                            :
                       Defendants,                          :
        -and-                                               :
                                                            :
THE GOLDMAN SACHS GROUP, INC.,                              :
a Delaware corporation,                                     :
                                                            :
                       Nominal Defendant.                   :
                                                            :
------------------------------------------------------------x
                                                            :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,                   :
                                                            :
                       Plaintiffs,                          :
                                                            :    05 Civ. 9608 (GEL)
        - against-                                          :

| | |
|---|---|
| PHILLIP R. BENNETT et al., | |
| Defendants. | |
| | |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |
| | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., Plaintiffs, - against - MAYER, BROWN, ROWE & MAW LLP, Defendant. | 07 Civ. 6767 (GEL) |
| | |
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, Plaintiff, - against - THOMAS H. LEE PARTNERS, L.P. et al., Defendants. | 07 Civ. 7074 (GEL) |
| | |
| AXIS REINSURANCE COMPANY, Plaintiff, - against - PHILLIP R. BENNETT et al., | 07 Civ. 7924 (GEL) |

2

|                                                                 |   |                    |
|-----------------------------------------------------------------|---|--------------------|
| Defendants.                                                     | : |                    |
-------------------------------------------------------------x

MARC S. KIRSCHNER, as Trustee of the
Refco Private Actions Trust,

                Plaintiff,

  - against-                                    07 Civ. 8165 (GEL)

PHILLIP R. BENNETT et al.,

                Defendants.

-------------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P. et al.,

                Plaintiffs,

  - against-                                    07 Civ. 8663 (GEL)

GRANT THORNTON LLP,

                Defendant.

-------------------------------------------------------------x

VR GLOBAL PARTNERS, L.P. et al.,

                Plaintiffs,

  - against-                                    07 Civ. 8686 (GEL)

PHILLIP R. BENNETT et al.,

                Defendants.

-------------------------------------------------------------x

CAPITAL MANAGEMENT SELECT FUND
LTD. et al.,

                Plaintiffs,

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., |  |
| Defendants. |  |

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, |  |
| Plaintiff, |  |
| - against- | 07 Civ. 9238 (GEL) |
| THOMAS HACKL et al., |  |
| Defendants. |  |

|  |  |
|---|---|
| In re REFCO, INC. | 07 Civ. 9420 (GEL)<br>07 Civ. 9482 (GEL)<br>07 Civ. 9483 (GEL)<br>07 Civ. 10302 (GEL) |

GERARD E. LYNCH, District Judge:

    The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.

SO ORDERED.

Dated: New York, New York
       November 27, 2007

                                            GERARD E. LYNCH
                                            United States District Judge