UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P.,                : 07 Civ. 8663 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P. and     :
THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., :
:
                    Plaintiffs,                                  :
:
        - against -                                              :
:
GRANT THORNTON LLP,                                  :
:
                    Defendant.                                  :
:
----------------------------------------------------------------x



## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

1.  Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P. shall have until January 4, 2008 to serve their opposition to Defendant Grant Thornton LLP's ("Defendant") motion to dismiss the complaint in the above-captioned action.

2.  Defendant shall have until February 4, 2008 to serve its reply.

NY1:\1532369\01\W%DT01!.DOC\77356.0062

Dated: New York, New York
December 17, 2007

WEIL, GOTSHAL & MANGES LLP

By: *[signature]*
Greg A. Danilow (GD-1621)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
greg.danilow@weil.com

-and-

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
mhansen@khhte.com

*Attorneys for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

WINSTON & STRAWN LLP

By: *[signature]*
David E. Mollón (DM-5624)
200 Park Avenue
New York, New York 10166
(212) 294-6700
Dmollon@winston.com

*Attorneys for Defendant Grant Thornton LLP*

SO ORDERED:

*[signature]*
Hon. Gerard E. Lynch, U.S.D.J.
12/20/07