UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THOMAS H. LEE EQUITY FUND V, L.P., :
THOMAS H. LEE PARALLEL FUND V, L.P., :
and THOMAS H. LEE EQUITY (CAYMAN) : 07 Civ. 8663 (GEL)
FUND V, L.P., :
                         Plaintiffs, :
    v. :
GRANT THORNTON LLP, :
                         Defendant. :
------------------------------------------------------------------x

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P. (the "THL Funds") hereby disclose that they are limited partnerships whose general partner is THL Equity Advisors V, LLC, a limited liability company that is wholly owned by Thomas H. Lee Partners, L.P. ("THLP"). There is no publicly held limited partner of the THL Funds that owns ten percent or more of their interests.

Dated: New York, New York
       January 4, 2008

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _____
Greg A. Danilow (GD-1621)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

-and-

NY1:\1528315\01\WR97O1!.DOC\77356.0062

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

*Attorneys for Plaintiffs*