UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THOMAS H. LEE EQUITY FUND V, L.P., : 07 Civ. 8663 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P. and :
THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., :
:
                Plaintiffs, :
:
    - against - :
:
GRANT THORNTON LLP, :
:
                Defendant. :
:
---------------------------------------------------------------x

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 1/9/08]

## STIPULATION AND [PROPOSED] ORDER

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that:

      1.    Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. shall be permitted to file a memorandum of law of up to thirty (30) pages in opposition to Defendant Grant Thornton LLP's ("Defendant") motion to dismiss the Complaint in the above-captioned action (the "Motion"); and

      2.    Defendant shall be permitted to file a reply memorandum of law of up to fifteen (15) pages in further support of the Motion.

Dated: New York, New York
January 4, 2008

| WEIL, GOTSHAL & MANGES LLP | WINSTON & STRAWN LLP |
|---|---|
| By: *[signature]* <br> Greg A. Danilow (GD-1621) <br> 767 Fifth Avenue <br> New York, New York 10153 <br> (212) 310-8000 <br> greg.danilow@weil.com | By: *[signature]* <br> David E. Mollón (DM-5624) <br> 200 Park Avenue <br> New York, New York 10166 <br> (212) 294-6700 <br> Dmollon@winston.com |

-and-

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
mhansen@khhte.com

*Attorneys for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

*Attorneys for Defendant Grant Thornton LLP*

SO ORDERED:

*[signature]*

Hon. Gerard E. Lynch, U.S.D.J.

1/8/08