UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
THOMAS H. LEE EQUITY FUND V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P.,
and THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P.

                     Plaintiffs,

                     vs.

GRANT THORNTON LLP,

                     Defendant.
------------------------------------------------------------- x

: ELECTRONICALLY FILED
:
: 07 Civ. 8663 (GEL)
: Hon. Gerard E. Lynch
:
:
: **CERTIFICATE OF SERVICE**

I hereby affirm under penalties of perjury the following:

1.     I am an attorney with the firm of Winston & Strawn LLP, 200 Park Avenue, New York, New York, counsel of record for Defendant Grant Thornton LLP.

2.     On February 4, 2008, Grant Thornton LLP's Reply Memorandum Of Law in Support of its Motion To Dismiss the Complaint was electronically filed in the Southern District of New York's CM/ECF system, and was served via e-mail and the U.S. Postal Service to:

| | |
|---|---|
| Greg A. Danilow | Mark C. Hansen |
| Penny P. Reid | Silvija A. Strikis |
| Anthony J. Albanese | James M. Webster III |
| Joshua S. Amsel | Rebecca A. Beynon |
| WEIL, GOTSHAL & MANGES LLP | KELLOGG, HUBER, HANSEN, TODD, |
| 767 Fifth Avenue | EVANS & FIGEL P.L.L.C. |
| New York, New York 10153 | Sumner Square |
| | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036 |

Dated: February 5, 2008
      New York, New York

_____
Ruth A. Braun