AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

**APPEARANCE**

Case Number:  07 Civ. 8663 (GEL) (DCF)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P.

    I certify that I am admitted to practice in this court.

| 8/7/2008 | | |
|---|---|---|
| Date | | Signature |

    Greg A. Danilow

| Print Name | Bar Number |
|---|---|

Weil, Gotshal & Manages LLP, 767 5th Avenue

Address

| New York | NY | 10153 |
|---|---|---|
| City | State | Zip Code |

| (212) 310-8182 | (212) 310-8007 |
|---|---|
| Phone Number | Fax Number |