UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
THOMAS H. LEE EQUITY FUND V, L.P.       :
THOMAS H. LEE PARALLEL FUND V, L.P. and, :
THOMAS H. LEE EQUITY (CAYMAN) FUND V,   : 07-CV-8663 (GEL)
L.P.                                    :
                                        : STIPULATION AND ORDER
                Plaintiffs,             :
        v.                              :
                                        :
GRANT THORNTON LLP,                     :
                                        :
                Defendant.              :
                                        :
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

1)   The time for defendant Grant Thornton LLP to answer the Complaint in the above-captioned action ("Action") is extended from August 20, 2008 to September 19, 2008.

2)   This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile, which shall have the same force and effect as an original signature, may be filed in place and instead of the original.

3)   Grant Thornton LLP previously requested an extension of time, on consent, until November 5, 2007, to answer, move or otherwise respond to the Complaint in this Action. A briefing schedule also was submitted to the court, on consent, at this time. This extension, and the briefing schedule, were granted by this Court. The parties to the Action subsequently requested an extension of time, on consent, for the service of plaintiffs' opposition to Grant

Thornton LLP's motion to dismiss and the service of Grant Thornton LLP's reply. The Court granted this request.

Dated: August 14, 2008
New York, New York

| WEIL, GOTSHAL & MANGES, LLP | WINSTON & STRAWN LLP |
|---|---|
| By: *[signature]*  Greg A. Danilow  Robert F. Carangelo  767 Fifth Avenue  New York, NY 10153  Tel: (212) 310-8000  robert.carangelo@weil.com  greg.danilow@weil.com | By: *[signature]*  David E. Mollón  200 Park Avenue  New York, NY 10166  Tel: (212) 294-6700  Fax: (212) 294-4700  dmollon@winston.com |

-and-

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
mhansen@khhte.com

*Attorneys for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

*Attorneys for Grant Thornton LLP*

SO ORDERED.

*[signature]*
Hon. Gerard E. Lynch
United States District Judge
8/18/08